# EXHIBIT A

ROSENBAUM& ASSOCIATES, P.C.
BY: JEFFREY M. ROSENBAUM, ESQUIRE
Identification No. 51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR NON-JURY
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

Attorney for Plaintiffs

Filed and Attested by the
Office of Judicial Records
04 MAR 2026 09:18 am
L. BREWINGTON

| | |
|---|---|
| DONNOVAN WOOLERY and SHEILA WOOLERY, as h/w | : PHILADELPHIA COUNTY |
| 1858 Clarence Avenue | : COURT OF COMMON PLEAS |
| Philadelphia, PA 19134 | : |
| | : TERM, 2026 |
| Plaintiffs | : |
| vs. | : |
| | : NO. |
| WALMART STORES EAST, L.P. | : |
| 1355 East Lehman Street | : |
| Lebanon, PA 17046 | : |
| and | : |
| WALMART EAST, LP | : |
| 1355 East Lehman Street | : |
| Lebanon, PA 17046 | : |
| and | : |
| WALMART STORES EAST, INC. | : |
| 1355 East Lehman Street | : |
| Lebanon, PA 17046 | : |
| and | : |
| WALMART STORES, INC. | : |
| 1355 East Lehman Street | : |
| Lebanon, PA 17046 | : |
| and | : |
| WALMART, INC. | : |
| 1355 East Lehman Street | : |
| Lebanon, PA 17046 | : |
| and | : |
| JOHN DOES I-III (FICTITIOUS NAMES) | : |
| and | : |
| JOHN DOE IV (FICTITIOUS NAME) | : |
| | : |
| Defendants | : |

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

TO THE PROTHONOTARY:

Kindly issue a Writ of Summons in Civil Action against defendants, Wal-Mart Stores East, LP, Wal-Mart East, LP., Wal-Mart Stores East, Inc., Wal-Mart Stores, Inc., Wal-Mart, Inc., John Does I-III (Fictitious Names) and John Does IV-VI (Fictitious Names).

ROSENBAUM & ASSOCIATES, PC.

BY: ______________________________
JEFFREY M. ROSENBAUM, ESQUIRE

DATE:

Summons
Citacion

# Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

Donnovan Woolery, et. al.
*Plaintiff*

vs.

Wal-Mart Stores East, LP, Wal-Mart East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores, Inc., Wal-Mart., Inc., John Does I-III and (Fictitious Names) and John Does IV-VI (Fictitious Names)

*Defendants*

: COURT OF COMMON PLEAS
:
:
: TERM, 2026
:
:
:
: NO.

To[1]

Wal-Mart Stores East, LP, Wal-Mart East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores, Inc., Wal-Mart., Inc.

Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandant*

Donnovan Woolery, et. al.

[1] Name(s) of Defendant(s)

[2] Name(s) of Plaintiff(s)

---

Has (have) commenced an action against you. *Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: ______________

Date: ________________________

10-208 (Rev. 6/14

OFFICE OF JUDICIAL RECORDS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
260300585
04 MAR 2026 09:18 am
L. BREWINGTON

Case ID: 260300585

# Court of Common Pleas

__________ Term, 2026____

No. ______________

Donnovan Woolery, et. al.

*Plaintiff*

vs.

Wal-Mart Stores East, LP, et. al.

*Defendants*

# SUMMONS